No. 92–192.  PROVIDENT LIFE & ACCIDENT INSURANCE CO. *v.* AETNA LIFE INSURANCE CO.  C. A. 9th Cir.  Certiorari denied.

No. 92–195.  ROBBINS *v.* MURPHY.  C. A. 9th Cir.  Certiorari denied.

No. 92–196.  GARCIA *v.* TEXAS DEPARTMENT OF HUMAN SERVICES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–197.  SHAT-R-SHIELD, INC. *v.* TROJAN, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 92–199.  ROBBINS ET AL., TRUSTEES *v.* PAINEWEBBER INC. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–200.  HUNTSMAN ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–201.  CONDADO PLAZA HOTEL & CASINO *v.* CASINO EMPLOYEES ASSN. ET AL.  Sup. Ct. P. R.  Certiorari denied.

No. 92–204.  BANKERS TRUST NEW YORK CORP. ET AL. *v.* DEPARTMENT OF FINANCE OF THE CITY OF NEW YORK ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 92–206.  D. L., AS GUARDIAN AD LITEM OF C. L. AND A. L., MINORS, ET AL. *v.* AMERICAN FAMILY MUTUAL INSURANCE CO. Sup. Ct. S. D.  Certiorari denied.

No. 92–208.  SIMAAN *v.* TEXACO REFINING & MARKETING INC. C. A. 9th Cir.  Certiorari denied.

No. 92–212.  BARCLAYS BANK PLC *v.* FRANCHISE TAX BOARD OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–213.  CHUNN *v.* TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 92–218.  ARKLA, INC. *v.* PLEDGER, DIRECTOR, ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION.  Sup. Ct. Ark. Certiorari denied.